# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

September 20, 2016

To the Clerk of the U.S. Bankruptcy Court

**RE: *Alfonso, Mercedes***
**  *Case No. 5:16-bk-03571***

Dear Sir:

Please note the following change of address for PNC Bank NA:

Prior Address:   3232 Newmark Drive
                 Fairborn OH 45324

New Address:    249 5th Avenue Ste. 30
                Pittsburgh PA 15222

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
    Timothy B. Fisher, II

TBFII/gyl

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7676 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8573 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

Case 5:16-bk-03571    Doc 10    Filed 09/20/16    Entered 09/20/16 11:19:49    Desc
Main Document    Page 1 of 1