# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Mercedes Alfonso** _____   Case No.   **5:16-bk-03571**

Debtor(s)   Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 20, 2016**, a copy of   **Notice of Chapter 7 Bankruptcy Case   w**as served
electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**PNC Bank NA**
**249 5th Avenue Suite 30**
**Pittsburgh PA 15222**

**/s/ Timothy B. Fisher II**
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**