UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Mercedes Alfonso

   And                                                       : CASE NO.: 16-03571

   Debtors                                            : CHAPTER 7

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA  18360
Email: MKnitter@monroecountypa.gov


                                                 "/s/ Melinda S. Knitter"
                                                 Melinda S. Knitter, Bankruptcy Clerk

Parcel # 16/90993