Certificate Number: 00301-PAM-DE-028240023

Bankruptcy Case Number: 16-03571



00301-PAM-DE-028240023

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2016, at 8:03 o'clock PM EDT, MERCEDES ALFONSO completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   October 20, 2016                By:     /s/Iris Serrano

                                        Name:   Iris Serrano

                                        Title:  Certified Bankruptcy Counselor