```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03571-JJT
Mercedes Alfonso                                                    Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2016
                              Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db             +Mercedes Alfonso,    5209 Ponderosa Lane,    East Stroudsburg, PA 18302-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                    Signature:  /s/Joseph Speetjens

---

                            **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              John J Martin    (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Timothy B. Fisher, II    on behalf of Debtor Mercedes  Alfonso donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Mercedes Alfonso  
5209 Ponderosa Lane  
East Stroudsburg, PA 18302

Chapter 7  
Case No. 5:16−bk−03571−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5396

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 9, 2016

BY THE COURT  
By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk