## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mercedes Alfonso <br> <u>Debtor(s)</u> | BKY. NO. 16-03571 JJT <br><br> CHAPTER 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2300

                  Respectfully submitted,

                  **/s/ Thomas Puleo**
                  Thomas Puleo, Esquire
                  James C. Warmbrodt, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 825-6306  FAX (215) 825-6406
                  Attorney for Movant/Applicant